United States District Court
Southern District of Texas
**ENTERED**
May 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION, | § | |
| Plaintiff, | § § § | |
| VS. | § § | 3:24-cv-104 |
| PAYSAFE LIMITED, *et al.*, | § § § | |
| Defendants. | § | |

# **ORDER**

Before the court is the defendants' unopposed motion for an extension. Dkt. 12. The motion is granted.

The defendants' deadline to answer or otherwise respond to the plaintiff's complaint is hereby extended to July 25, 2024. Paysafe Limited has waived the foreign-service-of-process requirement.

Signed on Galveston Island this 2nd day of May, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE