IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Autoscribe Corporation　　　　　　　　§<br>　　　　　　　　　　　　　　　　　　　§<br>　　*Plaintiff*,　　　　　　　　　　　　§<br>　v.　　　　　　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　　　　　　§<br>Paysafe Limited,　　　　　　　　　　　§<br>Paysafe Holdings (US) Corp.,　　　　　§<br>Paysafe Merchant Services Corp., and　§<br>Paysafe Payment Processing Solutions LLC §<br>　　　　　　　　　　　　　　　　　　　§<br>　　*Defendants*.　　　　　　　　　　　§ | Case No. 3:24-cv-00104 |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Autoscribe Corporation files this Notice of Dismissal Without Prejudice as to its claims against the Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Because the Defendants have not served either an answer or a motion for summary judgement in this matter, Plaintiff's dismissal of this case is of automatic effect and is without prejudice.

Dated: July 23, 2024

Respectfully submitted,

/s/ *Jason McManis*
Jason McManis (attorney-in-charge)
Texas Bar No.: 24088032
S.D. Tex. No.: 3138185
Colin Phillips
Texas Bar No.: 24105937
S.D. Tex. No.: 3576569
Chun Deng
Texas Bar No.: 24133178
S.D. Tex. No.: 3860688
Michael Killingsworth
Texas Bar No.: 24110089
S.D. Tex. No.: 3372610
Angela Peterson
Texas Bar No.: 24137111
S.D. Tex. No.: 3862849
**Ahmad, Zavitsanos & Mensing, PLLC**
**1221 McKinney Street, Suite 2500**
Houston, Texas 77010
Tel.: (713) 655-1101
Facsimile: (713) 655-0062
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
mkillingsworth@azalaw.com
apeterson@azalaw.com

*Attorneys for Autoscribe Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on July 23, 2024. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *Jason McManis*
Jason McManis