IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Autoscribe Corporation § | |
| § | |
| *Plaintiff*, § | |
| v. § | |
| § | Case No. 3:24-cv-00104 |
| Paysafe Limited, § | |
| Paysafe Holdings (US) Corp., § | |
| Paysafe Merchant Services Corp., and § | |
| Paysafe Payment Processing Solutions LLC § | |
| § | |
| *Defendants*. § | |

## Order of Dismissal Without Prejudice

On July 23, 2024, the plaintiff filed a Notice of Dismissal Without Prejudice as to its claims against the defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. ___.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed this _____ day of _____, 2024.

_____
Judge Presiding